IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Haehnel, Raymond M | Case Number: 07 B 18027 |
|---|---|---|
|  | Haehnel, Caroline | Judge: Goldgar, A. Benjamin |
|  | Printed: 1/29/08 | Filed: 10/2/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 18, 2007
Confirmed: November 20, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,383.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,308.32 |
| Trustee Fee: |  | 74.68 |
| Other Funds: |  | 0.00 |
| Totals: | 1,383.00 | 1,383.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Jennifer A Blanc Douge | Administrative | 2,725.00 | 1,308.32 |
| 2. | Internal Revenue Service | Priority | 2,372.04 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 1,922.28 | 0.00 |
| 4. | American Express Travel Relate | Unsecured | 768.73 | 0.00 |
| 5. | Internal Revenue Service | Unsecured | 20,993.59 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 2,959.97 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 314.26 | 0.00 |
| 8. | Seventh Avenue | Unsecured | 263.15 | 0.00 |
| 9. | B-Real LLC | Unsecured | 850.24 | 0.00 |
| 10. | Premium Asset Recovery Corp | Unsecured | 218.97 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 2,594.66 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 269.53 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 721.98 | 0.00 |
| 14. | Premium Asset Recovery Corp | Unsecured | 152.42 | 0.00 |
| 15. | Hand & Plastic Surgery Assoc. | Unsecured | 3,838.95 | 0.00 |
| 16. | Asset Acceptance | Unsecured | 139.94 | 0.00 |
| 17. | Ginny's | Unsecured | 271.85 | 0.00 |
| 18. | City Of Chicago Dept Of Revenue | Unsecured | 430.00 | 0.00 |
| 19. | Activity Collection Svc | Unsecured |  | No Claim Filed |
| 20. | AFNI | Unsecured |  | No Claim Filed |
| 21. | Allied Interstate | Unsecured |  | No Claim Filed |
| 22. | AT&T Consumer Long Distance | Unsecured |  | No Claim Filed |
| 23. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 24. | Allied Interstate | Unsecured |  | No Claim Filed |
| 25. | Armor Systems Co | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Haehnel, Raymond M | Case Number: 07 B 18027 |
|---|---|---|
|  | Haehnel, Caroline | Judge: Goldgar, A. Benjamin |
|  | Printed: 1/29/08 | Filed: 10/2/07 |

| # | Creditor | Type | Claim |
|---|---|---|---|
| 26. | Bally Total Fitness | Unsecured | No Claim Filed |
| 27. | Capital Assistance Group | Unsecured | No Claim Filed |
| 28. | Brylane Home | Unsecured | No Claim Filed |
| 29. | Capital One | Unsecured | No Claim Filed |
| 30. | Bankfirst | Unsecured | No Claim Filed |
| 31. | Calvary Portfolio Services | Unsecured | No Claim Filed |
| 32. | CBCS | Unsecured | No Claim Filed |
| 33. | Commonwealth Edison | Unsecured | No Claim Filed |
| 34. | Education Direct | Unsecured | No Claim Filed |
| 35. | Creditors Collection Bur | Unsecured | No Claim Filed |
| 36. | Harvard Collection Services In | Unsecured | No Claim Filed |
| 37. | David J Felgenhauer DDS | Unsecured | No Claim Filed |
| 38. | Direct Tv | Unsecured | No Claim Filed |
| 39. | CompuCredit | Unsecured | No Claim Filed |
| 40. | Encore | Unsecured | No Claim Filed |
| 41. | GC Services | Unsecured | No Claim Filed |
| 42. | First National Collection Bureau | Unsecured | No Claim Filed |
| 43. | Good Samaritan Hospital | Unsecured | No Claim Filed |
| 44. | Heart Care Centers Of Illinois | Unsecured | No Claim Filed |
| 45. | Fingerhut Credit Advantage | Unsecured | No Claim Filed |
| 46. | Household Bank FSB | Unsecured | No Claim Filed |
| 47. | FCNb N News | Unsecured | No Claim Filed |
| 48. | Hinsdale Anesthesia Assoc., Lt | Unsecured | No Claim Filed |
| 49. | Hinsdale Hospital | Unsecured | No Claim Filed |
| 50. | Illinois Collection Service | Unsecured | No Claim Filed |
| 51. | Jefferson Capital Systems LLC | Unsecured | No Claim Filed |
| 52. | Island National Group | Unsecured | No Claim Filed |
| 53. | Linebarger Goggan Blair & Simpson | Unsecured | No Claim Filed |
| 54. | MCI | Unsecured | No Claim Filed |
| 55. | Jewel Food Stores | Unsecured | No Claim Filed |
| 56. | Illinois Heart & Vascular | Unsecured | No Claim Filed |
| 57. | LVNV Funding | Unsecured | No Claim Filed |
| 58. | Medical Business Bureau Inc | Unsecured | No Claim Filed |
| 59. | True Logic Financial Corporation | Unsecured | No Claim Filed |
| 60. | McAllister & Assoc | Unsecured | No Claim Filed |
| 61. | Risk Management Alternatives | Unsecured | No Claim Filed |
| 62. | NCO Financial Systems | Unsecured | No Claim Filed |
| 63. | Nationwide Credit & Collection | Unsecured | No Claim Filed |
| 64. | NCO Financial Systems | Unsecured | No Claim Filed |
| 65. | OSI Collection Svc Inc | Unsecured | No Claim Filed |
| 66. | Northland Group Inc | Unsecured | No Claim Filed |
| 67. | Public Storage | Unsecured | No Claim Filed |
| 68. | Oxford Collection Service | Unsecured | No Claim Filed |
| 69. | Wells Fargo Financial | Unsecured | No Claim Filed |
| 70. | TCF Bank | Unsecured | No Claim Filed |
| 71. | RJM Acquisitions LLC | Unsecured | No Claim Filed |
| 72. | Hinsdale Surgical Center | Unsecured | No Claim Filed |
| 73. | Orthopedics Midwest Sc | Unsecured | No Claim Filed |
| 74. | Suburban Cardiologisys | Unsecured | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Haehnel, Raymond M | Case Number: 07 B 18027 |
| --- | --- | --- |
| | Haehnel, Caroline | Judge: Goldgar, A. Benjamin |
| | Printed: 1/29/08 | Filed: 10/2/07 |

| | | | | |
| --- | --- | --- | --- | --- |
| 75. | Villasenor Dental Care | Unsecured | | No Claim Filed |
| 76. | Vanguard Health Services | Unsecured | | No Claim Filed |
| 77. | Village of Brookfield | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 41,807.56 | $ 1,308.32 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 5.4% | 74.68 |
| | _____ |
| | $ 74.68 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

